Matter of Ingraham.

---

### Matter of the petition of SILAS INGRAHAM.

The court of chancery has no jurisdiction, upon the petition of a stranger to a suit in that court, to order a demand which he has against a firm in which the defendants in such suit are partners, to be paid to him, out of funds in the hands of the receiver in the suit.

The remedy of a person having an equitable claim to funds thus situated is to file a bill, making the complainants in such suit, and the several members of the firm, defendants, after having exhausted his remedy at law, against his debtors by judgment and execution.

THIS was an application by S. Ingraham, a stranger to the suit brought in this court by H. G. Harrison against Jonas Ingraham and Daniel Bolles, to have a demand which he had against a firm in which the defendants were partners, paid to him out of their funds, in the hands of the receiver.

*J. Wilkinson*, for the petitioner.

*N. K. Hall*, for H. G. Harrison.

THE CHANCELLOR. There is nothing in the petition which gives to this court any jurisdiction, or authority to interfere in this summary way, even if the petitioner has a preferable claim on the funds in question. If he has any equitable claim to payment out of any funds which belonged to either of the firms, and which claims are affected by the decree in this suit, which is doubtful, at least, upon the facts stated in his petition, his proper course is to file a bill, in his own name, making Harrison, and the several members of the firm, defendants in such suit. I

am inclined to think, however, that he is not in a situation to file such a bill until he has exhausted his remedy at law, against his debtors, by judgment and execution.

Application denied, with costs.